IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 4:09cr14-SPM/AK

ROBERT LEE DENMARK ,

     Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

PURSUANT TO the Report and Recommendation (doc. 26) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **ROBERT LEE DENMARK**, to Counts One and Two of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this fourteenth day of April, 2009.


                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge